# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERNEST STEUDEL, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 12-6397 |
| | : | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 11th day of July, 2014, upon careful and independent consideration of Plaintiff's Request for Review and the response thereto, and after review of the Report and Recommendation of United States Magistrate Carol Sandra Moore Wells, and there being no objections to the Report and Recommendation, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **DENIED**;

3. Judgment is entered in favor of the Commissioner of Social Security; and

4. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg

**MITCHELL S. GOLDBERG, J.**